IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT ROSS BANKS,

      Plaintiff,

vs.

ALOK KALE, PRESTON HUMPHREY ESQ,
LLC and ABC INSURANCE COMPANY,

      Defendants.

Case No. 13-cv-1336-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Robert Ross Banks' motion for default judgment (Doc. 9). On February 16, 2014, defendant Preston Humphrey, Esq., LLC filed a motion to dismiss for failure to state a claim (Doc. 6). Defendant, however, failed to mail a copy of the motion through the United States Postal Service to Banks. As such, Banks has never received notice that Defendant filed a motion to dismiss and thus is not in default. Because Defendant has filed a motion to dismiss, the Court **DENIES** Banks' motion for default judgment (Doc. 9). The Court **DIRECTS** the Clerk of Court to mail a copy of the motion to dismiss to Banks. In the future, Defendant shall mail a copy of his filings to Banks through the United States Postal Service. Banks shall file a response to Defendant's motion to dismiss (Doc. 6) on or before May 5, 2014.

**IT IS SO ORDERED.**

**DATED:** April 16, 2014

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**