IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT ROSS BANKS,

    Plaintiff,

vs.

ALOK KALE, PRESTON HUMPHREY Esq, LLC and ABC INSURANCE COMPANY,

    Defendants.

Case No. 13-cv-1336-JPG-PMF

**MEMORANDUM AND ORDER**

    This matter comes before the Court for case management purposes. Plaintiff Robert Ross Banks filed his complaint on December 26, 2013. Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff must serve a defendant within 120 days of filing the complaint. If the plaintiff fails to obtain service within that time frame, "the court – on motion or on its own motion after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Here, clearly more than 120 days have elapsed since Banks filed his complaint and he has yet to properly effectuate service on defendants Alok Kale and ABC Insurance Company. Accordingly, the Court **ORDERS** Banks to **SHOW CAUSE on or before August 8, 2014**, why his failure to properly serve defendants Alok Kale and ABC Insurance Company should not result in dismissal of his action against those defendants.

**IT IS SO ORDERED.**

**DATED:** July 10, 2014

                                               s/ J. Phil Gilbert
                                               **J. PHIL GILBERT**
                                               **DISTRICT JUDGE**